UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEXINGTON INSURANCE COMPANY;
and PORT OF BELLINGHAM,

          Plaintiffs,

    v.

ROBERT J. LANGEI, as Personal Representative of the Estate of Jim (James) A. Langei; and LORA MOREN, as Personal Representative of the Estate of Sterling Taylor,

          Defendants.

C12-946 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff Port of Bellingham's unopposed motion for leave to amend pleadings, docket no. 80, is GRANTED as follows. Port of Bellingham's amended pleadings, docket nos. 76, 77, 78, and 79, shall be deemed served and filed as of the date of this Minute Order. Defendants' amended answer and counterclaim, docket no. 86, shall be deemed served and filed as of the date of this Minute Order, and shall be considered responsive to the Port of Bellingham's amended pleadings; defendants may, however, if they wish, serve and file a second amended answer and counterclaim within fourteen (14) days of the date of this Minute Order. *See* Fed. R. Civ. P. 15(a)(3). The Port's answer to defendants' counterclaim will be due in accordance with Federal Rules of Civil Procedure 12(a)(1)(B) and 15(a)(3).

MINUTE ORDER - 1

(2)   Plaintiff Port of Bellingham's motion for continuance, docket no. 75, is DEFERRED and RENOTED to October 31, 2014.  A status conference concerning the motion for continuance is SCHEDULED for Thursday, October 30, 2014, at 11:00 a.m.

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of September, 2014.

William M. McCool
Clerk

s/Claudia Hawney
Deputy Clerk

MINUTE ORDER - 2